

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MARCELO MAILLAND, | § | No. 08-19-00063-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D04232) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **October 9, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mary Stillinger, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 9, 2019.

IT IS SO ORDERED this 7th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.